# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                          Case No. 12-43956

Shanta Corp. d/b/a St. Anne's                                   Chapter 11
Convalescent Center, *et. al.*,[1]                              Jointly Administered

               Debtors.                Judge Thomas J. Tucker

_____/

## ORDER GRANTING SECOND MODIFICATION OF DEBTORS' SECOND AMENDED COMBINED PLAN AND DISCLOSURE STATEMENT

Upon the *Stipulated Ex Parte Motion for Entry of Order Granting Second Modification of Debtors' Second Amended Combined Plan and Disclosure Statement* filed on June 27, 2013 (Docket # 319, the "Stipulation"), and the Court being duly advised in the premises,

IT IS ORDERED that:

1. The Stipulation is approved.

2. The modifications contained in this Order constitute modifications allowed under 11 U.S.C. § 1127(b) and do not adversely change the treatment of any Claim or Interest holder under the Plan that has not expressly consented to this Order. Accordingly, in accordance with 11 U.S.C. § 1127(b), the Plan shall be deemed accepted by all Creditors and Interest Holders who have previously accepted the Plan, and it is not necessary for the Plan to be re-noticed to Creditors, and the Plan is confirmed as modified under 11 U.S.C. § 1129.

3. Sub-paragraph 14(b) of the Confirmation Order shall now read in its entirety as follows:

---

[1] The Debtors in these jointly administered cases are Shanta Corporation d/b/a St. Anne's Convalescent Center ("St. Anne's") (Bankr. Case No. 12-43956), Cadillac Nursing Home, Inc. d/b/a St. Francis Nursing Center ("St. Francis") (Bankr. Case No. 12-43957) and St. Jude Nursing Center, Inc. ("St. Jude") (Bankr. Case No. 12-43959).

Administrative expense priority claims (for a portion of the Allowed Claims of professional fee claimants):

    i.       Debtors' counsel - $25,000.00
    ii.      Creditor's Committee counsel - $4,500.00
    iii.     Debtors' counsel (Medicaid Reimbursement Counsel) - $4,500.00

4. Sub-paragraph 14(c) of the Confirmation Order shall now read in its entirety as follows:

Green Mountain shall receive $103,333.25 of any sale proceeds. Without limitation, Green Mountain may use such funds to bring the loan current, allocating the payment to: (i) penalties (limited to $25,000); (ii) attorney fees and costs (to the extent of approximately $54,092.50 plus any reasonable additional attorney's fees and costs accruing prior to the closing of any such sale); and (iii) past-due postpetition interest payments, if any.

5. Green Mountain and the Committee shall file, and have authorized and permitted the filing of, any required documents to effectuate the release of liens asserted against the Bed Licenses.

6. The Internal Revenue Service shall execute and deliver to the purchaser of the Bed Licenses the Notice of Partial Release of Federal Tax Lien attached as Exhibit 1 to the Stipulation evidencing the release of its liens on the Bed Licenses.

7. The Effective Date shall hereby be deemed to occur on the date of the closing of the Sale of the Bed Licenses, which shall on that date be confirmed by the Debtor to the parties hereto.

8. Within seven (7) days of the closing of the Sale of the Bed Licenses, the Debtors will file a motion to close these bankruptcy cases.

9. To the extent that anything in this order conflicts with the Confirmation Order (Docket # 245) or the Order Approving Stipulation Regarding Debtors' Second Amended Combined Plan and Disclosure Statement (Docket # 268), the terms of this Order control.

10. Notwithstanding anything herein or in the Confirmation Order, the Plan treatment of the United States Trustee shall be pursuant to sections 2.1 and 9.1 of the Plan.

.

**Signed on June 28, 2013**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge